**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF WISCONSIN**
**MILWAUKEE DIVISION**

AMBER WALSH,

      Plaintiff,

v.                                                                                            Civil Action No. 20-cv-1918

JOHNSON CONTROLS, INC.,

      Defendant.

## STIPULATION OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1), the undersigned counsel of record

for all parties to the above-captioned action hereby stipulate that the above-captioned action is

voluntarily dismissed, with prejudice, and without costs or fees to any party.

**STIPULATED TO:**

Dated: January 18, 2022.

ALAN C. OLSON & ASSOCIATES, S.C.

*/s/ Alan C. Olson*
Alan C. Olson, SBN: 1008953
2880 S. Moorland Rd.
New Berlin, WI  53151
Telephone: (262) 785-9606
Fax: (262) 785-1324
Email: AOlson@Employee-Advocates.com

**ATTORNEYS FOR PLAINTIFF**

Dated: January 18, 2022.                    OGLETREE, DEAKINS, NASH, SMOAK &
                                            STEWART, P. C.


                                            By: */s/ Mark A. Johnson*
                                             Mark A. Johnson
                                             *WI State Bar No. 1018110*
                                            1243 N. 10th Street, Suite 200
                                            Milwaukee, WI  53205
                                            Tel: 414-239-6408
                                            Fax: 414-755-8289
                                            Email: mark.johnson@ogletree.com

                                            **ATTORNEYS FOR DEFENDANT**


                                                                    49834210.1